1   DANIEL J. BRODERICK, Bar #89424
    Acting Federal Defender
2
    MATTHEW C. BOCKMON, Bar #161566
3   Assistant Federal Defender
    Designated Counsel for Service
4   801 I Street, 3rd Floor
    Sacramento, California 95814
5   Telephone: (916) 498-5700

6   Attorney for Defendant
    SALVADOR TORRES-CONTRERAS
7

8                 IN THE UNITED STATES DISTRICT COURT

9               FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11

12  UNITED STATES OF AMERICA,        )  NO. CR-S-06-0159 WBS
                                     )
13                   Plaintiff,      )  STIPULATION AND ORDER VACATING
                                     )  TRIAL DATE AND CONTINUING STATUS
14        v.                         )  CONFERENCE
                                     )
15  SALVADOR TORRES-CONTRERAS,       )
       aka Carlos Vargas-Solias      )  Date:  June 28, 2006
16                                   )  Time:  9:00 a.m.
                     Defendant.      )  Judge: William B. Shubb
17                                   )
    _____
18

19       IT IS HEREBY STIPULATED between the parties, Michael M. Beckwith,

20  Assistant United States Attorney, attorney for plaintiff, and Matthew

21  C. Bockmon, Assistant Federal Defender, attorney for defendant, that

22  the jury trial currently scheduled for June 13, 2006, be vacated, and

23  that the Trial Confirmation hearing date of May 31, 2006 be vacated and

24  a Status Conference hearing date of June 28, 2006 at 9:00 a.m. be set.

25  This continuance is being requested due to the need for on-going

26  defense investigation and preparation.

27       IT IS FURTHER STIPULATED that the period from May 31, 2006 through

28  and including June 28, 2006 should be excluded pursuant to

1  18 U.S.C. §3161(h)(8)(B)(iv) and Local Code T4 based upon continuity of

2  counsel and defense preparation.

3  Dated: May 26, 2006

                                    Respectfully submitted,
4
                                    DANIEL J. BRODERICK
5                                   Acting Federal Defender

6                                   /s/ Matthew C. Bockmon

                                    _____
7                                   MATTHEW C. BOCKMON
                                    Assistant Federal Defender
8                                   Attorney for Defendant
                                    SALVADOR TORRES-CONTRERAS
9

10 Dated: May 26, 2006

11
                                    MCGREGOR W. SCOTT
12                                  United States Attorney

13                                  /s/ Matthew C. Bockmon for

                                    _____
14                                  MICHAEL M. BECKWITH
                                    Assistant U.S. Attorney
15                                  per telephonic authority

16

17
                              **O R D E R**
18
   IT IS SO ORDERED.
19
   Dated: May 26, 2006
20

21

22                                  WILLIAM B. SHUBB
                                    UNITED STATES DISTRICT JUDGE
23

24

25

26

27

28

Stip & Order                        2

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Stip & Order                                        3